IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ISMAIL BECIRI, <br><br> Defendant. | Case No. 09-CR-8-C-01 |

ORDER

Upon review of Plaintiff's Motion to Turn Over Cash Bond Pursuant to 18 U.S.C. § 3664(k), the motion is hereby granted.

**IT IS ORDERED THAT:**

The Sauk County Clerk of Court shall turn over the $10,000.00 cash bond posted by the defendant in the event that all bond conditions have been met and the Sauk County Clerk of Court would be returning the $10,000.00 cash to the defendant. It is also ordered that the money be sent to the United States District Clerk of Court, 120 North Henry Street, Room 320, Madison, Wisconsin 53701, and applied toward defendant's restitution debt.

Entered this 10th day of November, ~~November 10, 2009~~. 2009

BY THE COURT:

BARBARA B. CRABB
United States District Judge